IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| AMANDA CHAVEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:12-CV-526-A |
| | § | |
| COMPRADOR HOLDINGS, INC., D/B/A | § | |
| HABANERO'S GRILL & CANTINA, | § | |
| | § | |
| Defendant. | § | |

O R D E R

Came on for consideration the motion of defendant, Comprador Holdings, Inc., d/b/a Habanero's Grill & Cantina, to compel answers to interrogatories and requests for production and for attorney's fees. The court, having considered the motion, has determined that it will hold defendant's motion in abeyance to allow the parties one final opportunity to settle their discovery disputes. The parties, through their respective lead counsel, shall meet face-to-face for that purpose by noon on March 5, 2014. In their attempts to resolve their differences, counsel are to bear in mind the en banc ruling of this court in Dondi Properties Corp. v. Commerce Sav. & Loan Ass'n, 121 F.R.D. 284 (N.D. Tex. 1988), and plaintiff is to bear in mind the requirements of Rule 11 of the Federal Rules of Civil Procedure

in evaluating the quality of any objection plaintiff might have made, or plans to make, to any discovery request.

After the meeting has been conducted, (1) by March 7, 2014, defendant shall withdraw any discovery requests that defendant has concluded are inappropriate or unnecessary by service on plaintiff of a written notice of such withdrawal, and (2) by March 14, 2014, plaintiff shall be permitted to resubmit answers to any of defendant's interrogatories that have not been withdrawn and to supplement plaintiff's document production in response to whatever document production requests of defendant have not been withdrawn.

Thereafter, defendant may file a new motion to compel if still dissatisfied with plaintiff's discovery responses.  If the court finds that plaintiff has wholly or partially failed to properly respond to any discovery request and does not have a legitimate basis for failing or refusing to do so, the court will consider ordering such sanctions as are appropriate.  If the court finds that plaintiff has meritorious objections to discovery requests defendant has failed to withdraw, the court

will consider sanctioning defendant as appropriate for failing to withdraw such objectionable requests.

    THE COURT SO ORDERS.

    SIGNED February 26, 2014.

                                                JOHN McBRYDE
                                                United States District Judge